ABDALLA J. INNABI - Bar No. 172302
AMER INNABI – Bar No. 225413
INNABI LAW GROUP, APC
2500 E. Colorado Blvd., Suite 230
Pasadena, California 91107
Telephone: (626) 395-9555
Facsimile: (626) 395-9444

STONER GRANNIS LLP
FREDERIC F. GRANNIS – Bar No. 185119
2500 East Colorado Boulevard, Suite 230
Pasadena, California 91107
Telephone: (626) 376-9208
Facsimile: (626) 376-9835

Attorneys for Plaintiffs,
SARKIS PANOYAN and LENA AVAKIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARKIS PANOYAN and LENA AVAKIAN,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>REGALO INTERNATIONAL, LLC, A Minnesota Corporation; and DOES 1 through 50,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-07469-PA-SK<br><br>[Honorable Percy Anderson]<br><br>**ORDER RE: REMANDING ACTION BACK TO STATE COURT** |

## **ORDER**

On March 4, 2020, the Parties to the above-referenced action filed a Stipulation to Remand the Action Back to State Court. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:19-cv-07469-PA-SK SARKIS PANOYAN and LENA AVAKIAN v. REGALO INTERNATIONAL, et al. is hereby remanded

to Los Angeles County Superior Court, Central District (Spring Street – Personal Injury Courts).

IT IS SO ORDERED.

Dated: March 4, 2020

_____
UNITED STATES DISTRICT JUDGE